IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Charles Hicks #246241 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 )
Dept. of Corrections et, al )
Commissioner Richard Allen )
The Prison Health Services )
Station Correctional )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2007 FEB 20 A 9:52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

2:07CV148-MEF

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) Charles Hicks #246241

         Defendant(s) Ala. of Dept. of Correction and The Prison Health Services.

      2. Court (if federal court, name the district; if state court, name the county) District Middle court, Alabama, Montgomery County.

3. Docket number 2:06-cv-990-MEF

4. Name of judge to whom case was assigned Judge Charles Coody, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) It is still pending.

6. Approximate date of filing lawsuit Oct of 2006.

7. Approximate date of disposition Oct of 2006.

II. PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center P.O Box 220410, Deatsville, Al 36022.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center P.O Box 220410, Deatsville, Al 36022

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
1. Dept. of Corrections              301 South Ripley St. Montgomery
2. Commission Richard Allen          301 South Ripley St. Montgom
3. Prison Health Services            Franklin, Tennessee
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED February 15, 2007.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Everytime I go too the doctor at Staton Correctional, I have too wait along time too see the doctor. And also, I am a diabetic and everytime I am there, I always have too wait a longtime for my food. I am tired of being treated like an animal that is locked up in a cage without something too eat. And tired of not being treated like an inmate suppose too be treated.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Feb 15, 2007 after 9:00 am I was at the doctor at Staton Corrections about my health. I waited for 6 an half hours. I had to ask about 7 times about giving me some food because I am a diabetic. They tried too act like they did not hear me.

GROUND TWO: They need to do something about waiting along time for the doctor.

SUPPORTING FACTS: Everytime, I go too the doctor I have too wait along time before I see the doctor and always wait along time before they call Frank Lee too come get me. I am tired of being treated with cruel and unusual punishment.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I like to make sure that they will provided me with food especially because I am a diabetic with food. And give me the respect whenever I am there too see the doctor.*

*Charles Hicks #246241*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  2/15/2007 .
(Date)

*Charles Hicks #246241*
Signature of plaintiff(s)

4

Charles Hicks #2 41
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022
(Dorm) Bed # 20A



**THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE AL DEPT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS THEREIN.**

Office of The Clerk
United States District Court
Attn: U.S. District Clerk
P.O. Box 711
Montgomery Alabama 36101-0711

