**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Prison Health Services
105 Westpark Drive, Suite 200
Brentwood, TN 37027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Kelly Per____    2-_/__/07_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

148
Pro cord

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0002 8193 1309

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540