IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07-CV-148-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendant on March 28, 2007 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the medical defendant be GRANTED an extension from April 2, 2007 to and including April 16, 2007 to file its special report and answer.

Done this 29th day of March, 2007.


          /s/ Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE