IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv148-MEF |
| | ) [WO] |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On August 17, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's abandonment of his claims, his failure to properly prosecute this action and his failure to comply with the orders of this court.

Done this the 7th day of September 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE